**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>VICTOR M SOSA<br>        Debtor | Case No. 21-11178-mdc |
| | Chapter 13 |
| Santander Bank, N.A.,<br><br>     Movant | |
| vs.<br>VICTOR M SOSA<br><br>     and | 11 U.S.C. §362 and §1301 |
| Deanna DiMemmo-Sosa,  (NON-FILING CO-DEBTOR)<br><br>     Respondents | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY UNDER §362 AND §1301 CO-DEBTOR STAY PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorneys, Brock and Scott PLLC, hereby requests a termination of Automatic Stay and Co-Debtor stay and leave to proceed with its state court rights on its mortgage on real property owned by VICTOR M SOSA (the "Debtor"), and non-filing Co-Debtor, Deanna DiMemmo-Sosa.

1.      Movant is Santander Bank, N.A**.**

2.      Debtor, VICTOR M SOSA, and non-filing Co-Debtor Deanna DiMemmo-Sosa are the owners of the premises located at 2121 Brandywine St, Philadelphia, Pennsylvania 19130 hereinafter known as the mortgaged premises.

3.      Movant is the holder of a mortgage on the mortgaged premises.

4.      Debtor's failure to tender monthly payments in a manner consistent with the terms of the Mortgage and Note result in a lack of adequate protection.

5.      Movant instituted foreclosure proceedings on the mortgage because of Debtor's failure to make the monthly payment required hereunder.

6.      The foreclosure proceedings instituted were stayed by the filing of the instant Chapter

13 Petition.

7.      The following chart sets forth the number and amount of post-petition payments due

pursuant to the terms of the Note that have been missed as of December 13, 2022:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 3 | October 1, 2022 | December 1, 2022 | $3,368.09 | $10,104.27 |
| Less partial payments (suspense balance): ($0.32) | | | | |

**Total:  $10,103.95**

8.      A post-petition payment history is attached hereto as Exhibit A.

9.      The next payment is due on or before January 1, 2023 in the amount of $3,368.09.  Under

the terms of the Note and Mortgage, Debtor has a continuing obligation to remain current post-petition

and failure to do so results in a lack of adequate protection to Movant. The following fees and costs have

been incurred since bankruptcy filing: Plan Review in the amount of $450.00, Proof of Claim fee in the

amount of $500.00 and Preparation/Filing of POC 410A POC form in the amount of $250.00.

10.      Upon information and belief, the payoff amount as of December 13, 2022 is

$459,602.46.

11.      Movant, Santander Bank, N.A. requests the Court award reimbursement in the amount

of $1,238.00 for the legal fees and costs associated with this Motion.

12.      Movant has cause to have the Automatic Stay terminated as to permit Movant to proceed

with its state court rights pursuant to the mortgage contract.

13.      Movant specifically requests permission from the Honorable Court to communicate with

and Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law.

14.      Movant, it's successors and assignees posits that due to Debtor's continuing failure to

tender post-petition mortgage payments and the resulting and ever increasing lack of adequate protection

that said failure presents, sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its

successors or assignees should be allowed to immediately enforce and implement the Order granting

relief from the automatic stay and co-debtor stay.

15.    Movant additionally seeks relief from the co-debtor stay under §1301 (c) (if

applicable) in the instant case, as the continuation of the co-debtor stay causes irreparable harm to the

Movant. Movant may be barred from moving forward with its state court rights under the terms of the

mortgage without relief from the co-debtor stay.

16.    Movant requests that if relief is granted that Federal Rule of Bankruptcy Procedure

3002.1 be waived.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.    Modifying the Automatic Stay under Section 362 and Co-Debtor Stay under Section

1301 with respect to 2121 Brandywine St, Philadelphia, Pennsylvania 19130 (as more fully set forth

in the legal description attached to the Mortgage of record granted against the Premises), as to allow

Movant, its successors and assignees, to proceed with its rights under the terms of said Mortgage; and

b.    That relief from any Co-Debtor Stay (if applicable) is hereby granted; and

c.    Movant specifically requests permission from this Honorable Court to communicate

with Debtor and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law;

and

d.    Holding that due to Debtor's continuing failure to tender post-petition mortgage

payments and the resulting and ever-increasing lack of adequate protection that said failure presents,

sufficient grounds exist for waiver of Rule 4001(a)(3), and that Movant, its successors or assignees,

should be allowed to immediately enforce and implement the Order granting relief from the automatic

stay; and

e.    Awarding Movant attorney fees and costs related to this Motion in the amount of

$1,238.00; and

f.        Waiving Federal Rule of Bankruptcy Procedure 3002.1; and

g.        Granting any other relief that this Court deems equitable and just.

December 19, 2022

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matt Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
8757 Red Oak Boulevard, Suite 150
Charlotte, NC 28217
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com