**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| --- | --- | --- |
| Victor M Sosa | : | Chapter 13 |
|  | : | Case No.: 21-11178-MDC |
| Debtor(s) | : | |

# CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and* respectfully request that the Order attached to the Motion be entered.

Dated: October 31, 2023          /s/ Brad J. Sadek, Esquire
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper Law Offices, LLC
                                 1500 JFK Boulevard, Suite #220
                                 Philadelphia, Pa 19102
                                 brad@sadeklaw.com
                                 215-545-0008